UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 43305
  FERNANDO RAZO JR
  DIANA G RAZO                                  CHAPTER 13

                                                JUDGE: JACQUELINE P COX
          Debtor
  SSN XXX-XX-6298      SSN XXX-XX-8250

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/04/2005 and was confirmed 11/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.94% from remaining funds.

    The case was paid in full 01/28/2009.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS NA | SECURED | 711.78 | 38.97 | 711.78 |
| AMERICAN HONDA FINANCE C | SECURED | 7606.66 | 278.35 | 7606.66 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 185.16 | .00 | 185.16 |
| AMERICAN EXPRESS TRAVEL | UNSECURED OTH | 2056.60 | .00 | 516.27 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK | UNSECURED | 5683.73 | .00 | 1417.64 |
| CHASE MANHATTAN BANK | UNSECURED | 5857.80 | .00 | 1461.05 |
| CHASE MANHATTAN BANK | UNSECURED | 3734.61 | .00 | 931.49 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10531.58 | .00 | 2626.79 |
| CLIENT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 688.00 | .00 | 171.41 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | 2612.53 | .00 | 650.89 |
| MBNA | UNSECURED | 14592.74 | .00 | 3639.72 |
| ECAST SETTLEMENT CORP | UNSECURED | 377.56 | .00 | 94.07 |
| NORDSTROM FSB | UNSECURED | 621.96 | .00 | 154.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2687.04 | .00 | 669.45 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 996.99 | .00 | 248.39 |
| ROUNDUP FUNDING LLC | UNSECURED | 6143.73 | .00 | 1532.37 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3425.00 | .00 | 853.30 |
| LEGAL HELPERS PC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 1,591.28 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

               RECEIPTS              DISBURSEMENTS

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 43305 FERNANDO RAZO JR & DIANA G RAZO

```
--------------------------------------------------------------------------------
TRUSTEE                          25,380.00

PRIORITY                                              185.16
SECURED                                             8,318.44
     INTEREST                                         317.32
UNSECURED                                          14,967.80
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                               1,591.28
DEBTOR REFUND                                            .00
                                ---------------   ---------------
TOTALS                           25,380.00          25,380.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 03/10/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE